UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: VILLAGE TAVERNA, LLC,

Case No. 09-64096-MBM

Chapter 7

**APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS**

The undersigned, BADDIE HANNA , applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $ 12,275.76 , said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor BADDIE & EMERALD, LLC
The applicant further states that:

1. (Indicate one of the following)

    _____ Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

    xx Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

    _____ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicants' entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Page 2 of 2

Application for Payment from Unclaimed Funds

Respectfully submitted this __10TH__ day of __JANUARY__ 120__14__

BADDIE & EMERALD, LLC
Name of creditor

Signature of Applicant

BADDIE HANNA, MEMBER
Name and Title of Applicant

BADDIE & EMERALD, LLC
Company Name

C/O 255 S. OLD WOODWARD AVENUE #310
Street Address

BIRMINGHAM, MICHIGAN 48009
City and State

248-223-9830
Telephone number

26-1597333
Tax

XXX-XX-
Social Security Number

5
Claim Number

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: VILLAGE TAVERNA, LLC,

Case No. 09-64096-MBM

Chapter 7

**AFFIDAVIT OF CLAIMANT**

I, __BADDIE HANNA, AS MEMBER OF BADDIE & EMERALD, LLC__, do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address: C/O MEKANI, OROW, MEKANI ET AL

255 S. OLD WOODWARD AVENUE, SUITE 310

BIRMINGHAM, MICHIGAN 48009

Phone number: (248) 223-9830

Social security number **XXX-XX-**

If claimant is a corporation, the federal tax ID number 26-1597333

1. Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person

Page 2 of 2

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: 01/10/2014

_Signature of Claimant_

Sworn to and Subscribed before me this
10ᵀᴴ day of JANUARY 20 14

NOTARY PUBLIC AT LARGE
STATE OF MICHIGAN, OAKLAND COUNTY

KRISTEN E. DAVIS
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Sep 23, 2014
ACTING IN COUNTY OF Oakland

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

In Re: VILLAGE TAVERNA, LLC,  Case No. 09-64096-MBM

Chapter 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant Information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

IT IS ORDERED that the Clerk of the U.S. Bankruptcy Court remit to BADDIE AND EMERALD, LLC, the sum of Twelve Thousand Two Hundred Seventy Five and 76/100 ($12,275.76), of unclaimed funds held in the U.S. Treasury.

_____
United States Bankruptcy Judge

Dated: _____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Clerk

By: _____
    Deputy Clerk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: VILLAGE TAVERNA, LLC,

Case No. 09-64096-MBM

Chapter 7

PROOF OF SERVICE

I, the undersigned, hereby certify that on the 10TH day of JANUARY 20 14, a copy of the Application for Payment From Unclaimed Funds by

BADDIE & EMERALD, LLC was served on the United States Attorney for the Eastern District of Michigan at the following address:

> U.S. Attorney for the Eastern District of Michigan
> Attn.: Civil Division-Financial Litigation
> 211 West Fort Street, Suite 2001
> Detroit, MI 48226-3211

Dated: 01/10/2014

By: _Kristen E. Davis_
Kristen E. Davis